NOT FOR PUBLICATION                                              CLOSED

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WHITE HORSE #2, | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| | : | Case No. 11-cv-1538 (DMC) (JAD) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

**DENNIS M. CAVANAUGH, U.S.D.J.:**

This matter having come before the Court upon the Motion of Defendant United States of America ("Defendant") for Summary Judgment (ECF No. 12), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this   27th   day of April, 2012;

**ORDERED** that Defendant's Motion for Summary Judgment is **granted**.

S/ Dennis M. Cavanaugh<br>Dennis M. Cavanaugh, U.S.D.J.

Orig.:       Clerk
cc:          All Counsel of Record
             Hon. Joseph A. Dickson, U.S.M.J.
             File