NOT FOR PUBLICATION                                                              CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WHITE HORSE #2, | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | Case No. 11-cv-1538 (DMC) (JAD) |
| Defendant. | : | |

**DENNIS M. CAVANAUGH, U.S.D.J.:**

This matter having come before the Court upon the Motion of Defendant United States of America ("Defendant") for Summary Judgment (ECF No. 12), and the Court having considered the submissions of the parties, and for the reasons stated in the Court's Opinion filed this day;

IT IS on this   27th   day of April, 2012;

**ORDERED** that Defendant's Motion for Summary Judgment is **granted**.

                                                                  S/ Dennis M. Cavanaugh
                                                                  Dennis M. Cavanaugh, U.S.D.J.

Orig.:      Clerk
cc:         All Counsel of Record
            Hon. Joseph A. Dickson, U.S.M.J.
            File